

RECEIVED
IN MONROE, LA
AUG 1 6 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| FREDDIE R. LEWIS | CIVIL ACTION NO. 3:09-cv-2026 |
| LA. DOC #395306 | |
| VS. | SECTION P |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. | JUDGE ROBERT G. JAMES |
| | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED THAT** Plaintiff's civil rights complaints [Doc Nos. 1 and 6] and his requests for a preliminary injunction and temporary restraining order [Doc Nos. 11 and 13] be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B).

MONROE, LOUISIANA, this 15 day of August, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE